*E-FILED 6/24/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAUN MILLER,<br><br>            Plaintiff,<br>   v.<br><br>SAN JOSE STATE UNIVERSITY; ROSE LEE; ANDRE L. BARNES; OFFICER BARNES; SANTA CLARA COUNTY; SANTA CLARA VALLEY HEALTH & HOSPITAL SYSTEM; ALEX CHYOMY; MEDICAL EMPLOYEE DOES 1-20 of SANTA CLARA VALLEY ADULT CUSTODY HEALTH SERVICES; EDWARD FLORES; DEPUTY DOES 1-20 of THE DEPARTMENT OF CORRECTION,<br><br>            Defendants.<br>                                                         / | No. C09-02078 HRL<br><br>**INTERIM ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Before the court is plaintiff's application to proceed *in forma pauperis* ("IFP application"). A district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). However, it has long been the rule that "the affidavit as to the poverty of the applicant is to be made by himself and not by another, even his counsel." Pothier v. Rodman, 261 U.S. 307, 309, 43 S. Ct. 374 (1923); see also generally Covington v. Cole, 528 F.2d 1365, 1371 (5th Cir. 1976) ("Serious arguments can be made that an affidavit supporting a motion to proceed IFP must be signed by the purported pauper

**United States District Court**
For the Northern District of California

1  himself."); <u>United States ex rel Barnes v. Briley</u>, 294 F. Supp.2d 931, 936 (N.D. Ill. 2003)
2  (same).
3     In the instant case, plaintiff has not signed the IFP application. Instead, his attorney
4  filled out the application and signed it "on information & belief" on plaintiff's behalf.
5  Accordingly, the application is deemed incomplete. Plaintiff is directed to re-submit an
6  application signed by himself under penalty of perjury.
7     SO ORDERED.
8  Dated:   June 24, 2009

   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**5:09-cv-2078 Notice has been electronically mailed to:**

Keith G. Jordan keith@jordanlawfirm.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.