*E-FILED 11-09-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAUN MILLER, | No. C09-02078 HRL |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| SAN JOSE STATE UNIVERSITY, et al., | |
| Defendants. | |

This action was filed on May 12, 2009. Since then, the docket indicates that nothing of substance has happened with respect to the prosecution of plaintiff's claims. Meanwhile, plaintiff's counsel Keith G. Jordan was found in contempt of court for violation of Civ. L.R. 11-8 and was directed to file a withdrawal from any pending action in which he had appeared as counsel of record. (See Case No. C07-80193MISC VRW, Dkt. No. 11). No withdrawal was filed in the instant action. And, the California State Bar's website indicates that Jordan has been disbarred, effective January 9, 2011. Accordingly, this case is dismissed. FED. R. CIV. P. 41(b). The clerk shall close the file.

SO ORDERED.

Dated: November 9, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:09-cv-02078-HRL Notice has been electronically mailed to:

2  Keith G. Jordan     keith@jordanlawfirm.net

3  5:09-cv-02078-HRL Courtesy copy sent by U.S. Mail to:

4  Keith G. Jordan
   720 SW Washington Street, Suite 750
5  Portland, OR 97205